THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Van Starling, Appellant.
 
 
 
 
 

Appeal From Kershaw County
 G. Thomas Cooper, Jr., Circuit Court
Judge

Unpublished Opinion No. 2010-UP-326
 Submitted June 1, 2010  Filed June 24,
2010    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, and Solicitor Warren Blair Giese, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Van
 Starling appeals his convictions for assault and battery of a high and
 aggravated nature and resisting arrest.  On appeal, Starling argues the trial
 court erred in increasing his original sentence in violation of the double
 jeopardy clause.  After a
 thorough review of the record, counsel's brief, and Starling's pro se brief
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
KONDUROS,
 GEATHERS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.